**Opinion issued October 26, 2012**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-12-00942-CV

———————————

**IN RE NORTH CYPRESS MEDICAL CENTER OPERATING COMPANY, LTD. AND NORTH CYPRESS MEDICAL CENTER OPERATING COMPANY GP, LLC, Relators**

---

**Original Proceeding on Petition for Writ of Mandamus[1]**

---

## MEMORANDUM OPINION

Relators, North Cypress Medical Center Operating Company, LTD. and North Cypress Medical Center Operating Company GP, LLC., filed a petition for

---

[1] The underlying case is styled *Casimir Interests, Ltd. and Dr. Mirtha T. Casimir v. North Cypress Medical Center Operating Company, Ltd. and North Cypress Medical Center Operating Company GP, LLC*, No. 2012-17700, pending in the 151st District Court of Harris County, Texas, the Honorable Mike Engelhart presiding.

writ of mandamus, complaining that the trial court erred in denying their Motion for Protective Order.

We **deny** the petition for writ of mandamus, and we dismiss all outstanding motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.